PELLEGRINO & FELDSTEIN, LLC
MICHAEL PELLEGRINO 030831991
290 ROUTE 46 WEST
DENVILLE, NJ 07834
973-586-2300
ATTORNEYS FOR PLAINTIFF
CAP File No. 24947-18

| | |
|---|---|
| TTLBL, LLC<br>Plaintiff<br><br>vs.<br><br>RICHARD P. ADAMS, HIS HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES AND HIS, HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST ; VINCENT P. ADAMS; MRS. VINCENT P. ADAMS, WIFE OF VINCENT P. ADAMS; CENTRAL JERSEY FEDERAL CREDIT UNION; METROPOLIS TOWERS APT CORP; BELL ATLANTIC N/K/A VERIZON; HANN FINANCIAL SERVICE CORP;  CACV OF NJ LLC; STATE OF NEW JERSEY<br><br>Defendant(s) | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>MERCER COUNTY<br><br>DOCKET NO. F-006813-18<br><br>**ORDER SETTING TIME  PLACE AND AMOUNT OF REDEMPTION** |

   This matter being opened to the Court by PELLEGRINO & FELDSTEIN, LLC, Attorneys for the Plaintiff and it appearing that the summons and complaint has been duly issued and returned served on all Defendants and default having been entered against all Defendants;   RICHARD P. ADAMS, HIS HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES AND HIS, HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST ; VINCENT P. ADAMS; MRS. VINCENT P. ADAMS, WIFE OF VINCENT P. ADAMS; CENTRAL JERSEY FEDERAL CREDIT UNION; METROPOLIS TOWERS APT CORP; BELL ATLANTIC N/K/A VERIZON; HANN FINANCIAL SERVICE CORP;  CACV OF NJ LLC; STATE OF NEW JERSEY and the Plaintiff's Tax Sale Certificate having been presented and marked as Exhibits by the

Court; that plaintiff has produced before this court tax sale certificate no.15-528, certified to be a true copy, which certificate is dated 12/21/2015, and of record in the MERCER County Clerk's/Register's Office in Mortgage Book 11179 at Page 855, on 1/28/2016 together with true copies of the Assignments.  Said certificate and assignment have been marked Exhibit P-1 on the part of the plaintiff.  More than two years have elapsed since the sale of said lands by the tax collector, DANIELLE PEACOCK, and the lands have not been redeemed from the tax sale; that plaintiff has produced before this Court an Affidavit of Plaintiff showing that there is due on said tax sale certificate, together with subsequent taxes and interest, the sum of $37,365.06; and

**IT IS** on this **30TH Day of November, 2018;**

**ORDERED AND ADJUDGED** that the amount required to redeem the premises described in the First Count of the Complaint under Tax Sale Certificate #15-528, covering  LOT 21 BLOCK 2005, known as **333 GEORGE DYE RD, HAMILTON**, NJ **08690**, is the sum of $37,365.06, which includes the amount due on said tax sale certificate and subsequent taxes and interest, together with interest on said sum from November 16, 2018,  together with costs of suit duly taxed in the sum of **$1,441.62;**
In addition, the tax collector will add any additional interest, additional taxes and/or penalties that may become due and owing as of the date that redemption occurs.  An exact redemption amount must be obtained from the municipal tax collector;  and it is further

**ORDERED** that on **29TH Day of January, 2019**, or the next business day, during regular business hours, at the office of the Tax Collector of  HAMILTON,  2090 GREENWOOD AVE, HAMILTON, NJ 08650  be and the same is hereby fixed as the time and place for the redemption of the said lands as described in the Complaint and making up the premises concerning which the Complaint is filed; and that thereupon the defendant who redeems shall be entitled to the certificate of tax sale duly endorsed for cancellation; and it is further

**ORDERED** that in default of the said defendants paying to the Tax Collector of the HAMILTON, the said sum, interest, and costs aforesaid, the said defendants stand absolutely debarred and foreclosed of and from all right and equity of redemption on, in and to said lands and premises and every part hereof, and the plaintiff shall have an absolute and indefeasible interest of inheritance in fee simple to said lands and premises. Anything to the contrary notwithstanding, redemption shall be permitted up until the entry of final judgment including the whole of the last date upon which judgment is entered; and it is further

**ORDERED** that if the addresses of the defendants are not known, a copy of this Order or notice thereof directed to such defendants shall be published in a newspaper circulating in MERCER County, at least one time, within twenty (20) days from the date of this Order; and it is further

**ORDERED** that a copy of this Order or a notice thereof be served upon the defendants, whose addressees are known, by mailing to each of them such copy or notice within twenty (20) days from the date of this Order; and it is further

**ORDERED** that a copy of this Order be delivered to the Tax Collector of HAMILTON, and that said Tax Collector of HAMILTON certify to this Court whether the premises were or were not redeemed from the plaintiff's tax sale certificate in accordance with the terms of this Order.

Dated: November 30, 2018

*/s/ Hon. Paul Innes, P.J.Ch.*
HON. PAUL INNES, P.J.CH.

RESPECTFULLY RECOMMENDED
R. 1:34-6 OFFICE OF FORECLOSURE